UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES RUSE, JR., and
BARBARA RUSE,

      Plaintiffs,

v.                                         Case No. 5:22-cv-248-GAP-PRL

SECURITIES AND EXCHANGE
COMMISSION,

      Defendant.
_____/

Pursuant to this Court's Order on Interested Persons and Corporate Disclosure the Plaintiffs disclose:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    (i) Plaintiffs: Charles Ruse, Jr.
                   Barbara Ruse

    (ii) Defendant: Securities and Exchange Commission

    (iii) Counsel for all parties involved in this litigation

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

Not applicable

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

Not applicable

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

Not applicable

5. Check one of the following:

**X** a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

- or -

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: June 8, 2022

_____
CHARLES RUSE, JR., FBN 164930F
500 NE 8th Ave.        (352) 351-1515
Ocala, FL 34470       (352) 867-5111 (fax)
Cruse@RuseLaw.com

CERTIFICATE OF SERVICE

I certify that on June 8, 2022, I filed a copy of the foregoing document through the Court's CM/ECF system and caused a copy of the document to be served by U.S. mail to Pascale Guerrier, 100 Pearl St., Ste 20-100, New York, New York 1000-2616

_____
CHARLES RUSE, JR., FBN 164930F
500 NE 8th Ave.        (352) 351-1515
Ocala, FL 34470       (352) 867-5111 (fax)
Cruse@RuseLaw.com