UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHARLES RUSE, JR. AND BARBARA RUSE,

                                        Plaintiffs,

-against-

SECURITIES AND EXCHANGE COMMISSION,

                                        Defendant.

Case No.: 5:22-cv-248-GAP-PRL

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs Charles Ruse, Jr. and Barbara Ruse, and Defendant Securities and Exchange Commission ("SEC"), by and through their undersigned counsel, jointly agree and stipulate pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claims asserted therein be dismissed, without prejudice, each party to bear their own costs, expenses and fees.  A proposed order is being submitted herewith.

Dated: July 19, 2022

Respectfully submitted,

/s/ Pascale Guerrier
Pascale Guerrier (FL Bar # 22590)
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-5473
GuerrierP@sec.gov
*Counsel for the Securities and Exchange Commission*

/s/
Charles Ruse, Jr. FBN 164930F
500 NE 8th Ave.
Ocala, FL 34470
(353) 351-1515
(352) 867-5111 (fax)
*Counsel for Charles Ruse, Jr. and Barbara Ruse*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on July 19, 2022, I filed the foregoing document through the Court's CM/ECF system and caused a copy of the document to be served by U.S. mail to the following:

Charles Ruse, Jr., Esq.
500 N.E. 8th Avenue
Ocala, Florida 34470

Barbara Ruse
500 N.E. 8th Avenue
Ocala, Florida 34470

/s/ Pascale Guerrier
Pascale Guerrier (FL Bar 22590)
Securities and Exchange Commission

Respectfully submitted,

/s/
Pascale Guerrier (FL Bar # 22590)
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
(212) 336-5473
GuerrierP@sec.gov
*Counsel for the Securities and Exchange Commission*

/s/
Charles Ruse, Jr. FBN 164930F
500 NE 8th Ave.
Ocala, FL 34470
(353) 351-1515
(352) 867-5111 (fax)
*Counsel for Charles Ruse, Jr. and Barbara Ruse*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on July ____, 2022, I filed the foregoing document through the Court's CM/ECF system and caused a copy of the document to be served by U.S. mail to the following:

Charles Ruse, Jr., Esq.
500 N.E. 8th Avenue
Ocala, Florida 34470

Barbara Ruse
500 N.E. 8th Avenue
Ocala, Florida 34470

/s/ Pascale Guerrier
Pascale Guerrier (FL Bar 22590)
Securities and Exchange Commission

2